No. 502, Misc. EPTON v. NEW YORK, *ante,* p. 29.;

No. 771, Misc. EPTON v. NEW YORK, *ante,* p. 29;

No. 702, Misc. ROGERS v. STANLEY, STATE HOSPITAL DIRECTOR, 389 U. S. 1055;

No. 706, Misc. BUTTERFIELD v. GAZELLE, 389 U. S. 1024;

No. 777, Misc. NAEGLE ET UX. v. COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 927;

No. 800, Misc. STEBBINS v. NATIONWIDE MUTUAL INSURANCE Co., *ante,* p. 910;

No. 803, Misc. OSWALD v. CROUSE, WARDEN, *ante,* p. 910; and

No. 864, Misc. TAYLOR v. BURKE, WARDEN, ET AL., *ante,* p. 918. Petitions for rehearing denied.

No. 366. AMERICAN INVESTORS FUND, INC. v. FOGEL ET AL., 389 U. S. 830. Motion for leave to file petition for rehearing denied.

No. 498. COLORADO RIVER WATER CONSERVATION DISTRICT ET AL. v. FOUR COUNTIES WATER USERS ASSOCIATION ET AL., 389 U. S. 1049. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 692. BYRNE v. CHICAGO TITLE & TRUST CO. ET AL., 389 U. S. 1005. Motion for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 900. REBENSTORF v. ILLINOIS, *ante,* p. 924. Motion to dispense with printing petition granted. Petition for rehearing denied.

No. 745, Misc. McCRAY v. ARRAJ, CHIEF JUDGE, U. S. DISTRICT COURT, 389 U. S. 1030. Motion for leave to file petition for rehearing denied.